UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
U.S. BANK, NATIONAL ASSOCIATION, solely :
in its capacity as Trustee for CITIGROUP :
MORTGAGE LOAN TRUST 2007-AR7, :
:
        Plaintiff, :  ORDER
:
  -against- :  13 Civ. 6989 (GBD)
:
CITIGROUP GLOBAL MARKETS REALTY :
CORP. and CITIMORTGAGE, INC., :
:
        Defendants. :
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

  Pursuant to the Plaintiff's letter at ECF No. 46, the Clerk of the Court is instructed to remove ECF Nos. 44 and 45 from the docket.

Dated: New York, New York
   September 9, 2014

                  SO ORDERED.

                  *George B. Daniels*
                  GEORGE B. DANIELS
                  United States District Judge