USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 15 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
U.S. BANK NATIONAL ASSOCIATION, solely :
in its capacity as Trustee for CITIGROUP :
MORTGAGE LOAN TRUST 2007-AR7, :
:
                      Plaintiff, :
:
     -against- :
:
CITIGROUP GLOBAL MARKETS REALTY :
CORP. and CITIMORTGAGE, INC., :
:
                 Defendants. :
---------------------------------------- x

ORDER

13 Civ. 6989 (GBD)

GEORGE B. DANIELS, United States District Judge:

The October 22, 2014 conference is adjourned to November 19, 2014 at 9:45 am.

Dated: New York, New York
       October 14, 2014

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge