# McKool Smith

**Courtney B. Statfeld**
Direct Dial: (212) 402-9448
cstatfeld@mckoolsmith.com

One Bryant Park
47th Floor
New York, New York 10036

Telephone: (212) 402-9400
Facsimile: (212) 402-9444

December 10, 2013

**BY ECF and FACSIMILE (212-805-6737)**
The Honorable George B. Daniels
United States District Judge
United States District Court for the Southern District of New York
500 Pearl St.
New York, NY 10007-1312

      RE:    *U.S. Bank National Association, solely in its capacity as Trustee for Citigroup Mortgage Loan Trust 2007-AR7 v. Citigroup Global Markets Realty Corp. and CitiMortgage, Inc., No. 13-CV-6989 (GBD)*

Dear Judge Daniels:

      We represent Plaintiff U.S. Bank National Association, solely in its capacity as Trustee for Citigroup Mortgage Loan Trust 2007-AR7 (the "Trustee") in the above-referenced matter. Per our discussion with your clerk this afternoon, we write to request a 30 day extension of the deadline for the Trustee to file its letter application requesting leave to amend the First Amended Complaint, as set forth in the enclosed Stipulation and Proposed Order. Defendant consents to Trustee's request, and we have submitted a copy of the Stipulation to the Judgments Clerk.

      The Trustee respectfully requests that the Court grant this extension.

      Respectfully submitted,

      Courtney B. Statfeld

Attachment

cc:    Susanna Buergel, Esq.
        Brad S. Karp, Esq.
        Bruce Birenboim, Esq.
        Kevin P. O'Keefe, Esq.