USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 17 2014

# McKOOL SMITH

Courtney B. Statfeld
Direct Dial: (212) 402-9448
cstatfeld@mckoolsmith.com

One Bryant Park
47th Floor
New York, New York 10036

Telephone: (212) 402-9400
Facsimile: (212) 402-9444

December 16, 2014

**VIA FACSIMILE AND ECF**

DEC 16 2014

**SO ORDERED**

The conference is adjourned to January 27, 2015 at 9:45 a.m.

/s/ George B. Daniels
HON. GEORGE B. DANIELS

Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: *U.S. Bank N.A., solely in its capacity as Trustee for Citigroup Mortgage Loan Trust 2007-AMC3 vs. Citigroup Global Markets Realty Corp.*, **13-CV-2843** and *U.S. Bank N.A., solely in its capacity as Trustee for Citigroup Mortgage Loan Trust 2007-AR7 vs. Citigroup Global Markets Realty Corp. and CitiMortgage, Inc.*, **13-CV-6989**

Dear Judge Daniels:

We represent Plaintiff U.S. Bank National Association in the above-referenced matters. Following our brief discussion with chambers we respectfully write to request an adjournment of the status conferences previously scheduled in both matters from December 17, 2014 to January 14, 2015 at 9:45. We have conferred with Defendants and they have no objection. Thank you for your consideration and please do not hesitate to contact us if you have any questions.

Very truly yours,

/s/ Courtney B. Statfeld
Courtney B. Statfeld